**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Oliver W. Wanger
United States District Judge
Fresno, California

                                         **RE:    GUAJARDO, GUSTAVO JR.**
                                                   **Docket Number:  1:05CR00122 OWW**
                                                   **REQUEST TO TRAVEL TO MEXICO**

Your Honor:

Gustavo Guajardo was convicted in the Western District of Texas, San Antonio Division, on March 22, 2002, for a violation of 21 USC and 846, Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 1,000 Kilograms of Marijuana.  The offender received a sentence of nine (9) months custody of the Bureau of Prisons and five (5) years supervised release.   On April 1, 2005, jurisdiction of this matter was transferred to the Eastern District of California, Fresno Division.  The offender is requesting to travel with his family to Sabinas Hidalgo, Nuevo Leon, Mexico, to visit his father, leaving December 16, 2005, and returning January 8, 2006.  He plans to return by way of Houston, Texas, where he will visit family and have his son baptized.  He also wants to stop off in Las Vegas, Nevada for a few days.

The offender started his term of supervised release on March 22, 2002, in Fresno, California. He conducted himself as a model offender until February 9, 2005, when Fresno Police responded to the offender's residence on a call of domestic violence.  Although the police were concerned the wife was the victim of spousal abuse, there was no direct evidence to support their concern.  The offender and his wife denied any physical abuse had occurred, although they admitted to having engaged in an argument.  Nevertheless, the court in the Western District of Texas was notified and agreed to take no action on the condition the offender participate in a class for anger management.  On May 26, 2005, the offender received a Certificate of Achievement for completing the Adult Anger Management Program through the Comprehensive Youth Services program.   He graduated at the top of his class.  He stated he learned a lot from his participation in the class.

Rev. 03/2005
MEMO-CT.MRG

Since completing the anger management class, the offender has presented no problems under supervision.  He is a resident of Fresno where he was born and raised.  He is self-employed as a licenced painter and earns a substantial income.  He and his wife recently purchased a home and they have two small children.  There are also extended family in the area to provide support to the offender.

During the first year of the offender's supervision, the undersigned probation officer denied his requests to travel to Mexico due to threats made by co-defendants warning the offender not to travel to Texas or Mexico.  However, with the passing of time, the risks to his safety appear to have diminished.  The offender was counseled on any potential risks that might remain. The offender is confident that the risks are minimal.  He states his trip to Mexico will be a surprise to his father who is ill and whom he has not seen in over four years.  The offender plans to spend not more than two days in Mexico before returning to the United States.  Therefore, the undersigned probation officer is recommending the Court grant the offender's request to travel to Mexico.

Respectfully submitted,

/s/ Katerina M. Holland

**KATERINA M. HOLLAND**
**United States Probation Officer**

Dated:         December 5, 2005
                  Fresno, California
                  KMH

**REVIEWED BY:      /s/ Bruce Vasquez**
                  **BRUCE VASQUEZ**
                  **Supervising United States Probation Officer**

**Approved      X**          **Denied _____**

**Dated:  December 9, 2005**          **/s/ OLIVER W. WANGER**
                                   **United States District Judge**

Attachment(s)       None

cc:     Mark Cullers
        Assistant United States Attorney

        Marc Ament

Rev. 03/2005
MEMO-CT.MRG

Defense Counsel