PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  1:05CR00122 OWW** |
| ) | |
| **GUSTAVO GUAJARDO JR.** ) | |
| ) | |

On March 22, 2005, the above-named was placed on supervised release for a period of five (5) years.  The offender has complied with the rules and regulations of supervision.  It is accordingly recommended that Gustavo Guajardo Jr., be discharged from supervision.

Respectfully submitted,

/s/ Katerina M. Holland

**KATERINA M. HOLLAND
United States Probation Officer**

Dated:     December 5, 2005
               Fresno, California
               KMH

**REVIEWED BY:**     /s/ Bruce Vasquez
                    **BRUCE VASQUEZ
                    Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:  GUSTAVO GUAJARDO JR.**
**Docket Number:  1:05CR00122 OWW**
**ORDER TERMINATING  SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the Gustavo Guajardo Jr., be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| 12/23/05 | /s/Oliver W. Wanger |
| **Date** | **OLIVER W. WANGER** |
| | **United States District Judge** |

KMH
Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office

Rev. 03/2005
PROB35.MRG